IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GREGORY CHARLES PRINCE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 13-CV-4804-P |
| | § | |
| CAROLYN W. COLVIN, | § | |
| Acting Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge has issued Findings, Conclusions and Recommendation ("FCR") in this case. No one has filed any objection to the FCR. After reviewing all relevant matters of record in this case, in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72, the Court finds that the Findings and Conclusions of the Magistrate Judge are correct. Having reviewed the FCR for clear error, it is satisfied that there is no clear error on the face of the record. Accordingly, the Court hereby **ACCEPTS** the Findings and Conclusions of the Magistrate Judge as the Findings and Conclusions of the Court. And it **GRANTS IN PART AND DENIES IN PART** Plaintiff's Application for Attorney Fees Under the "Bad Faith" Provision of the Equal Access to Justice Act (doc. 21). As recommended, Plaintiff is awarded $13,228.90 in attorneys' fees and the award shall be made payable to Plaintiff but mailed to his attorney of record.

**SO ORDERED** this 25th day of February, 2015.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE